18-mj-2391-MBB
18-mj-2408-MBB

# AFFIDAVIT OF SPECIAL AGENT PATRICK FLAHERTY IN SUPPORT OF APPLICATIONS FOR A CRIMINAL COMPLAINT AND A SEARCH WARRANT

I, Patrick Flaherty, having been duly sworn, do hereby depose and state as follows:

## Agent Background

1. I am a Special Agent with Homeland Security Investigations ("HSI") and have been so employed since July 2007. I have successfully completed a training program in conducting criminal investigations at the Federal Law Enforcement Training Center in Brunswick, Georgia. In 2003, I graduated from the University of Massachusetts at Boston with a B.S. degree in Political Science and Philosophy and Public Policy. My current duties as an HSI Special Agent include conducting investigations involving the fraudulent acquisition, production, and misuse of U.S. immigration documents, U.S. passports, and identity documents. Due to my training, experience, and conversations with other law enforcement officers, I am familiar with the methods, routines, and practices of document counterfeiters, vendors, and persons who fraudulently obtain or assume false identities.

2. I am also a member of HSI's Document and Benefit Fraud Task Force ("DBFTF"), a specialized field investigative group comprised of personnel from various state, local, and federal agencies with expertise in detecting, deterring, and disrupting organizations and individuals involved in various types of document, identity, and benefit fraud schemes. The DBFTF is currently investigating suspected aliens, predominately from the Dominican Republic, who are believed to have obtained stolen identities of United States citizens living in Puerto Rico and used those identities to obtain public benefits which they would not otherwise be eligible to receive, including Massachusetts Registry of Motor Vehicles identity documents, social security numbers, Medicaid, and public housing. Among other things, a comparison of public benefits

records revealed numerous identities who received public benefits in Puerto Rico and Massachusetts on or about the exact same date.

## Purpose of Affidavit

3. I submit this affidavit in support of an application for a criminal complaint charging YHOAN ALEXIS NIVAR RODRIGUEZ with Misuse of a Social Security Number, in violation of 42 U.S.C. § 408(a)(7)(B), and Aggravated Identity Theft, in violation of 18 U.S.C. § 1028A.

4. I also submit this affidavit in support of an application for a search warrant for the following property: 629 River Street, Apartment #1, Mattapan, Massachusetts, as described in Attachment A. I have probable cause to believe that this property contains evidence, fruits, and instrumentalities of the crimes identified above, as described in Attachment B.

5. This affidavit is based on my personal knowledge, information provided to me by other law enforcement officers and federal agents, and my review of records described herein. This affidavit is not intended to set forth all of the information that I have learned during this investigation, but includes only the information necessary to establish probable cause for the requested complaint and search warrant.

## Probable Cause

### The RMV Application

6. On December 15, 2015, a man appeared in person at a Massachusetts Registry of Motor Vehicles ("RMV") office and submitted an application for an out of state driver's license conversion. The applicant represented on the application that he was a person whose initials are J.L.O. with a date of birth of xx/xx/1989 and a Social Security Number ("SSN") xxx-xx-5887.[1]

---

[1] I am protecting the identity of the victim of the crimes alleged herein by using her initials instead of her full name. Her initials are J.L.O. or J.L.O.D., depending on whether one uses both

The applicant indicated on the application that he wanted to register to vote. He signed the application under penalty of perjury.

7.  The applicant supported his application with: (a) a social security card bearing a 2007 date, the name J.L.O.D., and SSN xxx-xx-5887; and (b) Pennsylvania driver's license no. xxxx4237, issued on January 17, 2014, in the name of J.L.O.D, date of birth xx/xx/1989, bearing a man's photograph.

8.  RMV took a photograph of the applicant on December 15, 2015. The photograph is stored in RMV's computer database.

9.  RMV granted the application. The applicant was issued Massachusetts driver's license no. Sxxxx7621.

## Confirmation of Valid Social Security Number

10. The Social Security Administration ("SSA") has confirmed that SSN xxx-xx-5887 was assigned to J.L.O.D. in Puerto Rico in 1989.

11. SSA also has confirmed that it has received no application for a replacement social security card for SSN xxx-xx-5887. Therefore, the social security card bearing a date in 2007, which the applicant submitted in support of his December 15, 2015, application for a driver's license, is counterfeit.

## Identification of the Imposter

12. A facial recognition program matched the December 15, 2015, RMV photo of the person purporting to be J.L.O., to an RMV photo taken on March 12, 2018, of YHOAN A. NIVAR RODRIGUEZ, who applied for a Massachusetts ID card on that date. YHOAN A. NIVAR RODRIGUEZ's application for an ID card states that he was born on xx/xx/1988 and his

---

her paternal and maternal last names (as is common in Puerto Rico and the Dominican Republic) or only her paternal last name.

3

SSN is xxx-xx-4470. He supported his application with: (a) a United States Employment Authorization Card bearing a photograph and issued on December 12, 2017, in the name of YHOAN A. NIVAR RODRIGUEZ, born in the Dominican Republic on xx/xx/1988, USCIS no. xxx-xxx-930; and (b) a social security card issued on February 26, 2018, bearing the name YHOAN A. NIVAR RODRIGUEZ, SSN xxx-xx-4470, which states at the top in capital letters: "Valid for Work Only With DHS Authorization."

13.     U.S. Citizenship and Immigration Services (USCIS) keeps "alien files" for immigrants who enter the United States. Alien file no. xxx-xxx-930 is assigned to YHOAN ALEXIS NIVAR RODRIGUEZ. According to documents in that file, YHOAN ALEXIS NIVAR RODRIGUEZ was born on xx/xx/1988 in the Dominican Republic; he is a Dominican citizen; and he entered the United States unlawfully in 2013. The alien file contains a photograph of YHOAN ALEXIS NIVAR RODRIGUEZ.

14.     I have reviewed a copy of Dominican passport no. BSxxx1592, issued in the name of YHOAN ALEXIS NIVAR RODRIGUEZ, date of birth xx/xx/1988, which states that it was issued by the Dominican Consulate in Boston, Massachusetts on December 14, 2015. The passport contains a photograph.

15.     I have compared the following five photographs and they appear to depict the same man: (a) photograph in alien file no. xxx-xxx-930, assigned to YHOAN ALEXIS NIVAR RODRIGUEZ; (b) photograph associated with Dominican passport xxxxx1592 issued on December 14, 2015, to YHOAN ALEXIS NIVAR RODRIGUEZ; (c) RMV database photograph taken March 12, 2018, of Massachusetts ID card applicant YHOAN A. NIVAR RODRIGUEZ; (d) photograph on the U.S. Employment Authorization Card issued on December 12, 2017, to YHOAN A. NIVAR RODRIGUEZ; and (e) RMV database photograph taken December 15, 2015, of a driver's license applicant who purported to be J.L.O.

16. The U.S. State Department obtained a copy of a U.S. passport application submitted in 2006 by J.L.O.D., born in Rio Piedras, Puerto Rico on xx/xx/1989, SSN xxx-xx-5887. I have examined the photograph associated with that application as well as the photograph associated with Puerto Rican driver's license no. xxx8825 issued in 2014 to J.L.O.D., date of birth xx/xx/1989, SSN xxx-xx-5887. The photographs clearly depict the same woman. In addition, the passport application and the Puerto Rican driver's license both state that the applicant is female.

17. The man depicted in the five photographs identified in paragraph 15 above is clearly not the same person as the woman depicted in the two photographs identified in paragraph 16 above.

## Search for Identification Documents

18. As stated in paragraph 12 above, YHOAN A. NIVAR RODRIGUEZ submitted an application for a Massachusetts ID card on March 12, 2018. The address he identified on his application was 629 River Street, #1, Mattapan, Massachusetts. This is also the address on a TD Bank account statement for YHOAN A. NIVAR RODRIGUEZ included in the same RMV file.

19. On the following dates, agents conducting surveillance saw a man whose appearance matched the March 12, 2018, RMV photograph of YHOAN A. NIVAR RODRIGUEZ exit the back of 629 River Street in Mattapan:

    a. June 14, 2018, at approximately 11:00 am;

    b. June 16, 2018, at approximately 10:00 am; and

    c. July 10, 2018, at approximately 9:40 am.

20. On July 18, 2018, a federal agent went to 629 River Street in Mattapan. On the porch he saw a bank of mailboxes. The right most mailbox had faded handwriting on it stating "Apt 1" or "Apt A" and a few last names, one of which was B____ (the last name of YHOAN

ALEXIS NIVAR RODRIGUEZ's wife, according to documents in his alien file), and the other of which was illegible. A sticker was affixed below the handwriting. The sticker contained what appeared to be three last names, two of which were NIVAR and B____.

21. I know, based on my training and experience, that:

   a. All individuals, criminals and otherwise, often retain identification documents, including but not limited to birth certificates, passports, and proof of citizenship, in their residences for safekeeping.

   b. It is common for those who use other persons' identities without authorization to conceal fraudulently obtained identification documents in secure locations within their residence to conceal them from law enforcement authorities and to allow for easy access and use when necessary; and

   c. It is common for individuals who use fraudulently obtained identification documents to retain those documents for substantial periods of time so that they can continue to use the fraudulently obtained identities as needed.

22. All agents participating in the search of the premises described in Attachment A will be informed of the full name represented by the initials that appear in Attachment B.

## Conclusion

23. Based on the foregoing, I have probable cause to believe that, on or about December 15, 2015, YHOAN ALEXIS NIVAR RODRIGUEZ:

   a. falsely represented, with intent to deceive and for any purpose, a number to be the social security account number assigned by the Commissioner of Social Security to him, when in fact such number was not the social security account number assigned by the Commissioner of Social Security to him, in violation of 42 U.S.C.

§ 408(a)(7)(B); and

b. knowingly transferred, possessed, and used, during and in relation to any felony violation enumerated in 18 U.S.C. 1028A(c), and without lawful authority, a means of identification of another person, in violation of 18 U.S.C. § 1028A.

24. Based on the forgoing, I have probable cause to believe that evidence, fruits, and instrumentalities of these crimes, as described in Attachment B, are located in the premises described in Attachment A.

Sworn to under the pains and penalties of perjury.

PATRICK FLAHERTY
Special Agent
Homeland Security Investigations

Subscribed and sworn before me on July 24, 2018

MARIANNE B. BOWLER
United States Magistrate Judge

## ATTACHMENT A

### Premises To Be Searched

629 River Street, Apartment #1, Mattapan, Massachusetts. 629 River Street is a three-story residential building with off-white siding and white trim. A photo of the building appears below. At the front of the house are stairs leading to a front porch, where the front door is located. A metal placard with the number "629" is affixed to the front porch overhang.



## ATTACHMENT B

### Evidence to Be Searched for and Seized

1. The following records, documents, and items referencing YHOAN ALEXIS NIVAR RODRIGUEZ or J.L.O.D.:

    a. Any and all state or other government issued (or apparently issued) identification cards; notes; statements and/or receipts that reference same;

    b. Any and all immigration documents, including but not limited to United States or foreign issued (or apparently issued) passports and identification cards;

    c. Any and all documents identifying citizenship, including but not limited to birth certificates, voter registration cards, visas, cedulas, and social security cards;

    d. Any and all documents relating to foreign or domestic travel, including tickets, schedules, itineraries, and receipts; and

    e. Any and all records not specified above, including but not limited to employment records; bank records; credit card records; tax records; marriage records; divorce records; baptismal or confirmation records; land/property/residential rental records; school records; health records; insurance records.

2. Photographs and photograph albums depicting YHOAN ALEXIS NIVAR RODRIGUEZ.