UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES ) | |
| ) | |
| v. ) | CASE NO: 1:18-cr-10282-PBS |
| ) | |
| YOHAN NIVAR RODRIGUEZ ) | |

### ASSENTED TO MOTION BY DEFENDANT TO CONTINUE RULE 11 HEARING

NOW COMES the Defendant, Mr. Yohan Nivar Rodriguez, through undersigned counsel, and hereby respectfully moves this Honorable Court to CONTINUE the Rule 11 hearing set for February 20, 2019 to March 7th, 12th or 14th, 2019 in the afternoon. As grounds therefore:

1) LR 112.1(c) Waiver of Speedy Trial. Mr. Nivar Rodriguez hereby waives any claim he may have to a speedy trial for any time caused by his own requested delay during this very limited time.

2) Discovery is complete, yet counsel for Mr. Nivar Rodriguez needs additional time in order to finalize a possible plea agreement with the Government.

3) LR 7.1(a)(2) Memo Statement. No memorandum is required due to the nature of this motion.

4) The Government assents to this motion and as such is not prejudiced by this request.

**WHEREFORE**, Mr. Nivar Rodriguez respectfully requests this Honorable Court to CONTINUE his Rule 11 hearing date.

Respectfully submitted,

/s/ Robert B. Carmel-Montes
Robert B. Carmel-Montes, Esq.
BBO# 639476
The Carmel Law Group
15 Broad Street, Suite 800
Boston, MA 02108
Tel. 617.227.6355
rc@robertcarmel.com

DATED: 02/19/19

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ *Robert B. Carmel-Montes*
Robert B. Carmel-Montes, Esq.
BBO# 639476
The Carmel Law Group
15 Broad Street, Suite 800
Boston, MA 02108
Tel. 617.227.6355
rc@robertcarmel.com
